## FACTS IN SUPPORT

On May 17, 2005 I received a behavior citation written by Sgt. Larry Ligon for a violation of rule 85. Because Sgt. Ligon had boldly lied and falsely charged me, I asked that I be given a major disciplinary action so that I could go to a hearing to prove my innocence. But Sgt. Ligon denied me that right.

A few days later Sgt. Ligon called me to the shift office and told me that another inmate had secretly told him the truth of whose laundry cart he had found clothes in. I told the Sgt. that all he had to do from the beginning was look at the laundry numbers on the clothes and ask the inmates to whom the clothes belonged to what they had given their clothes to. He made me feel as if he already knew and told me that he would leave a note for the captain about the matter. On 5/23/05 I was served a copy signed and approved by Captain Nettles. When I saw Sgt. Ligon and I explained to him that I had gotten it, he said again that he would talk to the captain. When I saw him again he told me the captain would not disapprove it. And when the guy that actually had the cart and clothes admitted to it the staff would not act on it. As a result of this false citation I lost my job and other privileges.

I am suing the named defendants in this action because they knowingly violated my rights to due process and with a reckless disregard they abused their authority and the administrative regulations. Falsely charging and punishing an inmate, firing him from his job and giving him a citation that could hinder a transfer or parole should not be tolerated.

(1)

ALABAMA DEPARTMENT OF CORRECTIONS
MAJOR INSTITUTIONS - BEHAVIOR CITATION                                    *Inmate's Copy*

INMATE: Eric Thomas                    AIS: B/m-137013     CELL/DORM/BED: 16-41
FACILITY: Bullock County Correctional    JOB ASGMT: Laundry      CUSTODY: ____

The above named inmate is cited by Sgt. Larry Ligon for the following violation (s) of institutional/ departmental rules. # 85 "Failure to follow institutional rules and regulations" You, inmate Eric Thomas B/m-137013, were stopped by Sgt. Ligon preparing to push a laundry cart out of the laundry with 5-laundry bags in it. Inside the laundry bags were 7-extra sheets, 2-extra shirts, 3-extra pair of pants, 1-blanket and 4-white towels sewn together to form a blanket.

Date of infraction: May 17, 2005        Time of infraction: 8:30      (a.m.) (p.m.)
Location of infraction: Laundry

Larry Ligon COII
Citing Employee's Signature/Date

I have investigated the circumstances surrounding this citation and recommend the following sanctions to be taken against this inmate:

( ) Counseling/Warning     (✓) Loss of Telephone Privileges for  45  days
(✓) Loss of Canteen Privileges for  45  days     ( ) Removal from Incentive Program
(✓) Loss of Visiting Privileges for  45  days     ( ) Removal from Hobby Crafts Program
( ) Extra Duty for ____ days at ____ hours per day under supervision of ____ shift
***( ) Wear Pink Inmate Clothing for ____ days (Indecent Exposure/ Exhibitionism)

Refuse to sign (Bakers CIS) 20 May 05       Gwendolyn Bakers COSI
Inmate's Signature/AIS/Date                 Shift Supervisor's Signature/Title

*** Wearing of PINK CLOTHING must be approved by the Warden.

After having reviewed this citation and the recommended sanction (s) presented, the following action is approved:

(✓) Citation and sanctions are approved
( ) Citation and sanctions are approved as modified below:

_____

( ) Citation and sanctions are disapproved and formal disciplinary action is to be immediately initiated under the provisions of ADOC AR 403.
( ) Citation and sanctions are disapproved. Expunge action from inmate's file.

24 May 05                              _____ COII  23 May 05
Effective Date of Sanctions            Warden/Designee's Signature/Date

Inmates receipt of completed action: Refuse to Sign (S) 5-23-05
                                      Inmate's Signature/AIS/Date
Serving Officer's Initials: MBCS, Clerk 5-23-05
Distribution: ( ) Captain  ( ) Shift Cmdr ____ Shift  ( ) Business Office
(As Required)  ( ) Psychologist  ( ) Classification   ( ) Central Records

Annex A to AR 403