RECEIVED

(IN THE UNITED STATES DISTRICT COURT FOR)
(THE MIDDLE DISTRICT OF ALABAMA) JUN 24 A 9: 55

ERIC THOMAS BEY 137013

Full name and prison number of
plaintiff(s)                              )
                                          )
                                          )
                                          )
              v.                          )      CIVIL ACTION NO. 2:05CV605-F
                                          )      (To be supplied by the Clerk of the
SGT. LARRY LIGON                          )        U.S. District Court)
                                          )
LT. GWENDOLYN BABERS                      )
                                          )
CAPT. SLYVESTER NETTLES                   )
                                          )
                                          )
                                          )
Name of person(s) who violated           )
your constitutional rights.              )
(List the names of all the persons)      )

I.    PREVIOUS LAWSUITS

      A.   Have you begun other lawsuits in state or federal court dealing with the same or
           similar facts involved in this action?    Yes ( )   No (X)

      B.   Have you begun other lawsuits in state or federal court relating to your
           imprisonment?        Yes ( )   No (X)

      C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there
           is more than one lawsuit, describe the additional lawsuits on another piece of
           paper, using the same outline).

           1.    Parties to this previous lawsuit
                 Plaintiff(s) _____

                 Defendant(s) _____ NA _____

           2.    Court (if federal court, name the district; if state court, name the county)

                 _____ NA _____

           3.    Docket No. _____ NA _____

           4.    Name of Judge to whom case was assigned _____

SCANNED
6/27/05

5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? NA

6.    Approximate date of filing lawsuit _____ NA

7.    Approximate date of disposition _____ NA

II.    PLACE OF PRESENT CONFINEMENT Bullock Co. Corr. Facility
P O Box 5107    Union Springs Al 36089

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
Same As Above

III.    NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Sgt. Larry Ligon | |
| 2. | Lt. Gwendolyn Babers | P. O. Box 5107 Union Springs Al 36089 |
| 3. | Capt. Slyvester Nettles | |
| 4. | | |
| 5. | | |
| 6. | | |

IV.    THE DATE UPON WHICH SAID VIOLATION OCCURRED 5-17-05

V.    STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Violation of Due Process / Abuse of Authority and Administrative Regulation

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

SEE ATTACHED

-2-

GROUND TWO: _____

SUPPORTING FACTS: _____

_____

_____

_____

GROUND THREE: _____

SUPPORTING FACTS: _____

_____

_____

_____

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.  MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

SEE ATTACHED

_____
                                  Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  6-22-05
                        (date)

_____
                                  Signature of plaintiff(s)

-3-