In The United States District Court
For The Middle District of Alabama

RECEIVED
2005 JUN 24 A 8:54

Eric Thomas Bey
　　Plaintiff

v.

Sgt. Larry Ligon et.al.
　　Defendants

Civil Action No: 2:05 CV 605 F

## Sworn Affidavit In Support of Informa Pauperis

Before Me, The Undersigned Authority, A Notary Public in and for Said County and State of Alabama at large, Personally Appears Eric Thomas Bey, who being known to me and after Being Duly Sworn Deposes and Says Under Oath as follows:

My Name is Eric Thomas Bey AIS #137013 and I am an inmate in The Ala. Dept of Corrections. Bullock County Correctional Facility P.O. Box 5107 Union Springs Ala 36089 I am Over The Age of Twenty One (21) Years old

Twice I have Submitted Informa Pauperis Forms to The Business Manager Patsy Faulkner At Bullock County to Submit to This Honorable Court, But Due to her Deliberate Attempt to prevent Inmates from filing an Officials here, She Refuses to Return Them, Denying Me Access to The Courts.

Wherefore, I am Requesting That This Honorable Court Accepts My Complaint and Informa Pauperis and Upon Review thereof Grant Me Informa Pauperis and Order That The 20% Be Deducted from any Incoming Funds.

I Swear That The foregoing is True Under The Penalty of Perjury.

Respectfully Submitted
Eric Thomas Bey

1

Sworn to and Subscribed Before me, on this 22nd day of June 2005.

_L. Anna C. Anthony_
Notary Public
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

My Commission Expires

2