IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 JUL -8  A 10:12

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

ERIC THOMAS-BEY 137013
    PLAINTIFF

VS                                        CIVIL ACTION NO: 2:05-CV-605-F
                                                                    WO
LARRY LIGON, et al
    DEFENDANTS

PLAINTIFFS OBJECTIONS TO MAGISTRATES
RECOMMENDATION

COMES NOW, THE PLAINTIFF IN THE ABOVE STYLED AND CAUSE OF ACTION AND IN SUPPORT MOVES THIS HONORABLE COURT WITH WITH HIS OBJECTIONS AND IN SUPPORT SHOWS

1. THE MAGISTRATE JUDGE HAS RECOMMENDED THAT THIS ACTION BE DISMISSED WITHOUT SERVICE ALLEGING THAT THE SANCTIONS FAILED TO IMPOSE A TYPICAL AND SIGNIFICANT HARDSHIP.

2. THE MAGISTRATE JUDGE CLEARLY MISSED THE ISSUE OF THIS COMPLAINT. IT IS NOT THE SANCTIONS THAT LED TO THIS COMPLAINT, IT'S THE FACT THAT DEFENDANT LIGON WROTE THE PLAINTIFF A CITATION, AFTER THE CITATION HAD BEEN WRITTEN, SGT LIGON LEARNED THAT HE WAS WRONG AND HE WENT TO THE CAPTAIN TO HAVE THE FALSE CHARGE AND CITATION DISMISSED, BUT THE CAPTAIN REFUSED TO DO SO. SO THEREFORE THE PLAINTIFF RECEIVED SANCTIONS AND A CITATION IN VIOLATION.

3. IF THIS HONORABLE COURT IS SAYING WELL THATS TOO BAD, THEN IT WOULD BE TELLING THOSE IN AUTHORITY THAT ANYTIME THEY WANT

They can arrest and falsely charge an inmate and punish him although they have done nothing to deserve it.

The defendants should not be allowed to deliberate charge and punish an inmate for no reason. In the case of the Plaintiff the Defendant Ugon acknowledged the wrong, but was refused to correct it.

Wherefore the defendants should be ordered to answer the complaint. And the recommendation of the Magistrate Judge reversed

Done on this 5th day of July 2005

Respectfully Submitted

*Eric Thomas Bey*

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 5th day of July 2005 served a copy of the foregoing on the DOC Legal Devision by pre paid US Mail.

*Eric Thomas Bey*

Eric Thomas Bey
137013
P. O. Box 5107
Union Springs, Al 36089