IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC THOMAS BEY, #137013, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05-CV-605-F |
| | ) |
| LARRY LIGON, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the objections filed by the plaintiff on July 8, 2005, and for good cause, it is

ORDERED that the Recommendation entered on June 30, 2005 be and is hereby WITHDRAWN.

Done this 15th day of July, 2005.

                                                /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE