## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Gwendolyn Barber
   Bullock Co. Corr. Fac.
   P.O. Box 5107
   Union Springs, AL 36089

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Edwina Calhoun ☒ Agent ☐ Addressee

B. Received by (Printed Name): Edwina Calhoun

C. Date of Delivery: 7-20-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:05cv605-F
   PO+CAP

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0001 0150 2640

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sylvester Nettles
   Bullock Co. Corr. Fac.
   P.O. Box 5107
   Union Springs, AL 36089

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Edwina Calhoun ☒ Agent ☐ Addressee

B. Received by (Printed Name): Edwina Calhoun

C. Date of Delivery: 7-20-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

   2:05cv

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0001 0150 2657

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Larry Lison, Sgt.
   Bullock Co. Corr. Fac.
   P.O. Box 5107
   Union Springs, AL 36089

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Edwina Calhoun ☒ Agent ☐ Addressee

B. Received by (Printed Name): Edwina Calhoun

C. Date of Delivery: 7-20-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:05cv605-F
   PO+CAP

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0001 0150 2633

PS Form 3811, February 2004   Domestic Return Receipt   i-02-M-1540