IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC THOMAS-BEY, #137013, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-605-F |
| | ) |
| LARRY LIGON, et al., | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Gwendolyn Babers, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Gwendolyn Babers, and I am presently employed as a Correctional Officer Supervisor I, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, Alabama 36089. I am over twenty-one (21) years of age.

On the date in question (May 17, 2005), and considering the facts related to this incident, I, Lt. Gwendolyn Babers, do not see how I violated inmate Eric Thomas', B/137013, due process.

I received facts and served a Behavior Citation based on those facts. The sanctions he received were within the guidelines, according to Administrative Regulation #414.

DEFENDANT'S EXHIBIT 2

This is the only knowledge I have of this incident.

*Gwendolyn Babers, COSI*
Gwendolyn Babers
Correctional Officer Supervisor I
Bullock County Correctional Facility

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the 9th day of August 2005.

*Justine B. Person*
NOTARY PUBLIC

My Commission Expires: 2/24/2009.

SEAL