# AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Arnold M. Holt, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is Arnold M. Holt, and I am presently employed as a Correctional Warden III, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, Alabama 36089. I am over twenty-one (21) years of age.

I certify that the attached Behavior Citation in the name of Eric Thomas, BM/137013, is a true and correct copy of the document on file here at Bullock County Correctional Facility.

_____
Arnold M. Holt, Warden III
Bullock County Correctional Facility

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the ___10th___ day of August 2005.

_____
NOTARY PUBLIC

My Commission Expires: __2/24/2009__



DEFENDANT'S EXHIBIT 4

# ALABAMA DEPARTMENT OF CORRECTIONS
## MAJOR INSTITUTIONS - BEHAVIOR CITATION

INMATE: Eric Thomas    AIS: B/m-137013    CELL/DORM/BED: 16-41

FACILITY: Bullock County Correctional    JOB ASGMT: Laundry    CUSTODY: ____

The above named inmate is cited by Sgt. Larry Ligon for the following violation(s) of institutional/departmental rules. # 85 "Failure to Follow institutional rules and regulations"

You, inmate Eric Thomas B/m-137013, were stopped by Sgt. Ligon preparing to push a laundry cart out of the laundry with 5-laundry bags in it. Inside the laundry bags were 7-extra sheets, 2-extra shirts, 3-extra pair of pants, 1-blanket and 4-white towels sewn together to form a blanket.

Date of infraction: May 17, 2005    Time of infraction: 8:30 (a.m.) (p.m.)
Location of infraction: Laundry

_____ Larry Ligon, COII
Citing Employee's Signature/Date

I have investigated the circumstances surrounding this citation and recommend the following sanctions to be taken against this inmate:

( ) Counseling/Warning    (✓) Loss of Telephone Privileges for 45 days
(✓) Loss of Canteen Privileges for 45 days    ( ) Removal from Incentive Program
(✓) Loss of Visiting Privileges for 45 days    ( ) Removal from Hobby Crafts Program
( ) Extra Duty for ____ days at ____ hours per day under supervision of ____ shift
***( ) Wear Pink Inmate Clothing for ____ days (Indecent Exposure/Exhibitionism)

Refuse to Sign (Bakers CIS) 20 May 05    Gwendolyn Bakers COSI
Inmate's Signature/AIS/Date    Shift Supervisor's Signature/Title

*** Wearing of PINK CLOTHING must be approved by the Warden.

After having reviewed this citation and the recommended sanction(s) presented, the following action is approved:

(✓) Citation and sanctions are approved
( ) Citation and sanctions are approved as modified below:

( ) Citation and sanctions are disapproved and formal disciplinary action is to be immediately initiated under the provisions of ADOC AR 403.
( ) Citation and sanctions are disapproved. Expunge action from inmate's file.

24 May 05    _____ COII 23 May 05
Effective Date of Sanctions    Warden/Designee's Signature/Date

Inmates receipt of completed action: Refuse to sign 05 5-23-05
Inmate's Signature/AIS/Date

Serving Officer's Initials: BCCS Clerk 5-23-05

Distribution: ( ) Captain    ( ) Shift Cmdr ____ Shift    ( ) Business Office
s Required)    ( ) Psychologist    ( ) Classification    ( ) Central Records

Annex A to AR 403