IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC THOMAS-BEY, #137013, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-605-F |
| | ) |
| LARRY LIGON, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the special report filed by the defendants on August 23, 2005 (Court Doc. No. 11), and as this report fails to address the plaintiff's claim that adverse action was taken against him based on false information, *see Order of July 15, 2005 - Court Doc. No. 6* at 1, it is

ORDERED that on or before September 12, 2005 the defendants shall file a supplemental special report which addresses the false information claim.  In filing their supplemental report, the defendants shall specifically address the plaintiff's assertions that (i) false information was placed in his file relative to actions which occurred in the laundry on May 17, 2005, (ii) the behavior citation contains false information, and (iii) the defendants knowingly relied on false information in punishing him.

Done this 24th day of August, 2005.

                                            /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE