IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC THOMAS-BEY, #137013, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-605-F |
| ) | |
| LARRY LIGON, et al., ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Sylvester Nettles, Sr., who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Sylvester Nettles, Sr., and I am presently employed as a Correctional Officer Supervisor II, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, Alabama 36089. I am over twenty-one (21) years of age.

I did not have any reason to be suspicious of the facts as reported to me by Sgt. Larry Ligon. The facts were true. During the course of my investigation, I did not find any evidence that would dispute, in any way, Sgt. Ligon's account of what occurred on the date in question. I did not, knowingly, place false information in this inmate's file; the facts spoke for themselves. Inmate Thomas was stopped by Sgt. Ligon on May 17,



EXHIBIT 1

Page 2

2005, while removing laundry items from the laundry room, a violation of institutional rules and regulations. The Laundry Manager was not present or any other person of authority. He was punished by being issued a Behavior Citation. I did not rely on false information to punish the inmate. The information contained in the Behavior Citation is true.

_____
Sylvester Nettles, Sr.
Correctional Officer Supervisor II
Bullock County Correctional Facility

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the ___7th___ day of September 2005.

_____
NOTARY PUBLIC

My Commission Expires: __2/24/2009__.

SEAL