IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC THOMAS-BEY, #137013, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-605-F |
| LARRY LIGON, et al., | ) |
| Defendants. | ) |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Gwendolyn Babers, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Gwendolyn Babers, and I am presently employed as a Correctional Officer Supervisor I, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, Alabama 36089. I am over twenty-one (21) years of age.

At the time the circumstances were investigated by me (Lt. Gwendolyn Babers), I did not find any of the information provided by Sgt. Larry Ligon to be incorrect. My investigation showed the inmate violated Behavior Citation Rule 85 – Violation of institutional rules and regulations. For this violation, he was issued a Behavior Citation. I did not, and would not, place false information in this inmate's file. The Behavior Citation does not contain false information, and I did not, knowingly, rely on false information.

EXHIBIT 2

Page 2

My investigation clearly showed that the inmate violated a rule, and punishment through a Behavior Citation was proper.

*Gwendolyn Babers* COS1
Gwendolyn Babers
Correctional Officer Supervisor I
Bullock County Correctional Facility

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the 7TH day of September 2005.

*Justine B. Person*
NOTARY PUBLIC

My Commission Expires: 2/24/2009.

SEAL