IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ERIC THOMAS-BEY, #137013, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-605-F |
| LARRY LIGON, et al., | ) | |
| Defendants. | ) | |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Larry Ligon, who being known to me, and being by me first duly sworn, deposes and says under oath as follows:

My name is Larry Ligon, and I am presently employed as a Correctional Officer II, with the Alabama Department of Corrections, Bullock County Correctional Facility, Post Office Box 5107, Union Springs, Alabama 36089. I am over twenty-one (21) years of age.

I, Sgt. Larry Ligon, did not place false information into the file of inmate Eric Thomas, B/137013. The Behavior Citation did not contain false information. The facts, which are cited in the Behavior Citation, did occur. No one knew the information in the Behavior Citation to be false. The acts of this inmate, on May 17, 2005, at approximately 8:30 p.m., were a violation of institutional rules, because inmates are not allowed to remove any laundry items from the laundry room without the presence of the Laundry Manager, or someone of authority.


EXHIBIT 3

Page 2

On the aforementioned date and time, I opened the door to the laundry room, and observed inmate Thomas standing and leaning against the laundry cart. As I opened the door completely, he turned around and began to push the laundry cart toward the opened door. I stopped the cart by placing my hand on the cart's rail. I then looked inside the cart and saw several laundry bags filled with laundry items. That is what I observed. I did not rely on false information to punish him.

The above is true and correct.

Larry Ligon, Correctional Officer II
Bullock County Correctional Facility

STATE OF ALABAMA)

COUNTY OF BULLOCK)

SWORN TO AND SUBSCRIBED before me and given under my hand and official seal on this the 12th day of September 2005.

NOTARY PUBLIC

My Commission Expires: 2/24/2009.

SEAL