In The United States District Court
For The Middle District of Alabama

Eric Thomas Bey #137013
    Plaintiff

v.                                  Civil Action No: 2:05-cv-605-F

Larry Ligon, et al.
    Defendants

### Plaintiff's Response In Opposition to The Defendants Special Report

Comes Now, The Plaintiff Eric Thomas Bey, in The above styled Cause and Respectfully Moves This Honorable Court with his Response In Opposition To The Defendants Special Report and in Support shows:

1. This is an Action wherein The Plaintiff is Suing the Defendants knowingly falsely charged The Plaintiff with a DOC Rule Violation.

2. This Honorable Court on August 24, 2005 (Doc 12) Gave The Defendants an Order to File a Supplement Report to answer the allegations.

3. The Defendants filed That Report, But they still Did Not Answer The Allegations that Sgt. Ligon told The Plaintiff That He knew The Truth and that The Captain wouldn't let him take Back the charge.

4. The Plaintiff has two witnesses, But after Defendant Ligon Recently Confiscated One of their affidavit, Both are afraid to do affidavits, But stated that they Would Testify Before This Honorable Court.

5. The Plaintiff states That The allegations must Be Taken As true Being The Defendants Did Not Answer The allegations.

6. The Plaintiff also Request a Jury Trial.

Done on this 27th day of September 2005

Respectfully Submitted
E.C. Thomas-Bey