In The United States District Court
For The Middle District of Alabama

Eric Thomas Bey
    Plaintiff                    Civil Action No: 2:05-CV-605-F
v
Larry Logen, et al.
    Defendant

## Motion For Leave to File Motion For Protection Order

Comes Now, The Plaintiff in the above styled Cause and Respectfully Moves This Honorable Court with his Motion For Leave to File Motion For Protection Order and Prays That The Same is Granted
Done on This 27th day of September 2005

Respectfully Submitted
Eric Thomas Bey

### Certificate of Service

I hereby Certify That I have @ This 27th day of September 2005 Served a Copy of The Same on The Attorney for The Defendants

Eric Thomas Bey

Eric Thomas Bey #137013
P. O. Box 5107
Union Springs, Al. 36089