In The United States District Court
For The Middle District of Alabama

Eric Thomas Bey

    Plaintiff

v.   Civil Action No: 2:05-CV-605-F

Larry Ligon, et.al.

    Defendants

## Motion For Protection Order

Comes Now, The Plaintiff, Eric Thomas Bey in the above styled cause of action and Respectfully Moves this Honorable Court with his Motion For Protection Order and in support shows.

1. There's two key witnesses in this action " SANFORD HYDEN #158516 AND JOSEPH CARR #156107, However Defendant Ligon Confiscated the Affidavit from Hyden and now Both witnesses are afraid to give affidavits But stated that they would testify Before The Court.

Wherefore, The Plaintiff Requests that This Honorable Court Issue an Order to The Defendants Especially Ligon, Not to Threaten, Intimate or Harass The Plaintiffs Witnesses.

Done on This 27th day of September 2005

                                        Respectfully Submitted

                                        Eric THOMAS-BEY

RECEIVED
2005 SEP 29 A 9:19
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA