**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Bey   vs. Ligon, et al
Civil Action No.  2:05-cv-605-MEF

The above-styled case has been  reassigned to  Judge W. Keith Watkins.

Please note that the case number is now 2:05-cv-605-WKW.  This new case number should be used on all future correspondence and pleadings in this action.