IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ERIC THOMAS BEY, #137013,    )
    )
    Plaintiff,    )
    )
v.    )    CIVIL ACTION NO. 2:05cv605-MHT
    )    (WO)
LARRY LIGON, et al.,    )
    )
    Defendants.    )

**ORDER**

On July 19, 2007, the Magistrate Judge filed a Recommendation in this case to which

no timely objections have been filed.  Doc. # 20.  Upon an independent and de novo review

of the file in this case and upon consideration of the Recommendation of the Magistrate

Judge, it is

ORDERED and ADJUDGED as follows:

1.    That the Recommendation of the Magistrate Judge (Doc. # 20) be and is

hereby ADOPTED;

2.    That the defendants' motions for summary judgment (Doc. ## 11 & 13) be and

are hereby GRANTED; and

3.    That this case be and is hereby DISMISSED with prejudice.

DONE, this the 15th day of August 2007.

        /s/  Myron H. Thompson
        UNITED STATES DISTRICT JUDGE